IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO CASTANEDA, ) | No. C 11-04630 EJD (PR) |
| Petitioner, ) | ORDER OF DISMISSAL |
| vs. ) | |
| BRENDA CASH, Acting Warden, ) | |
| Respondent. ) | |

On September 19, 2011, Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Along with the petition, Petitioner filed a motion to proceed in forma pauperis which was deficient because he did not attach copy of his prisoner trust account statement showing transactions for the last six months. (Docket No. 2.) On the same day, this Court's Clerk sent Petitioner a notice that he must provide the missing document within thirty days or the case would be dismissed. (Docket No. 4.) The deadline has since passed, and Petitioner has not complied.

Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee. The Clerk shall terminate any pending motions and close the file.

DATED: November 21, 2011



EDWARD J. DAVILA
United States District Judge

Order of Dismissal
04630Castaneda_dism-ifp.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

PABLO CASTANEDA,

        Petitioner,

v.

BRENDA CASH, Acting Warden,

        Respondent.

Case Number: CV11-04630 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/23/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Pablo Castaneda G-28767
C.S.P. Los Angeles State Prison
P.O. BOX 4610
Lancaster, CA 93539

Dated: 11/23/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk